UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN WALL,

    Plaintiff,

v.                                                                    CASE NO. 8:11-cv-00070-SDM-AEP

MEDICAL CONSULTANTS BUSINESS
SETTLEMENT DIVISION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, BRYAN WALL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: February 18, 2011                    RESPECTFULLY SUBMITTED,

                                                                             By: /s/ James Pacitti
                                                                             James Pacitti (FBN: 119768)
                                                                             Krohn & Moss, Ltd
                                                                             10474 Santa Monica Blvd, Suite 401
                                                                             Los Angeles, CA 90025
                                                                             (323) 988-2400 x 230
                                                                             (866) 802-0021 (fax)
                                                                             jpacitti@consumerlawcenter.com
                                                                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, James Pacitti, certify that a true and correct copy of the foregoing was served via ELECTRONIC MAIL upon the following:

Vincent N. LaProva, VP
MBCSD@TAMPABAY.RR.COM
Medical Business Consultants, Inc.
11701 Belcher Rd S Ste 113
Largo, FL 33773


DATED: February 18, 2011							By:/s/ James Pacitti
											James Pacitti
											Attorney for Plaintiff