UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN WALL,

    Plaintiff,

v.                                             CASE NO.: 8:11-cv-70-T-23AEP

MEDICAL CONSULTANTS BUSINESS
SETTLEMENT DIVISION,

    Defendant.
_____/

## **ORDER**

The plaintiff reports (Doc. 5) that the matter is settled. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty (60) days to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on February 23, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE